## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMILICAR RIVAS RIVERA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  16-456** |
| | : | |
| **SUPT. JACK SOMMERS**, *et al.* | : | |

## <u>ORDER</u>

**AND NOW**, this 29th day of January 2020, upon considering the Petitioner's January 7, 2020 Response (ECF Doc. No. 53) to our November 6, 2019 Order (ECF Doc. No. 51) seeking to restore his rights to appeal (ECF Doc. No. 50) our October 30, 2017 Order (ECF Doc. No. 49), consistent with Fed. R. App. P. 4(a)(6) and Fed. R. Civ. P. 77, and for reasons in the accompanying Memorandum, it is **ORDERED** the Petitioner's letter request (ECF Doc. No. 53) to reinstate his appeal rights is **DENIED** as we lack a basis to reopen the appeal time under Fed. R. App. P. 4(a)(6).

_____
KEARNEY, J.